# EXHIBIT 1

## AGREEMENT
## UNDER TEX. R. CIV. P. 11

**CARRINGTON COLEMAN**

Parker Graham
Partner

O 214.855.3350
PGraham@CCSB.com

901 Main Street, Suite 5500 ▪ Dallas, Texas 75202

June 20, 2022

<u>*Via Email - rhellner@wshblaw.com*</u>
Robert Hellner
WOOD SMITH HENNING & BERMAN, LLP
14860 Landmark Boulevard, Suite 120
Dallas, TX 75254

  Re: Agreements in *Le-Vel Brands, LLC v. Natasha Roberson*, Cause No. DC-22-06327.

Dear Bobby:

  Per Texas Rule of Civil Procedure 11, this letter documents two agreements:

1. The parties agree to file an agreed motion resetting the temporary injunction hearing and extending the TRO.

2. The parties agree to stay discovery until July 6, 2022. During the stay, the parties cannot serve any additional discovery and all notice of depositions are agreed as withdrawn and otherwise adjourned until such time as agreed upon by the parties. Objections and responses to the June 17 discovery requests will be due July 13, 2022 (seven days after the stay ends).

  If this correctly reflects our agreements, please sign below.

        Sincerely,

        */s/ Parker Graham*

        Parker Graham
        Counsel for Plaintiff

*/s/ Robert Hellner*

Robert Hellner
Counsel for Defendant